IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | | |
|---|---|---|
| IN RE: § | | |
| RAJITHA K. NAIR, § | | |
|     Debtor § | | |
| ─────────────────────── § | | |
| TRIAD FINANCIAL CORP., § | | |
| § | | |
|     Appellant, § | | |
| v. § | CIVIL ACTION NO. H-05-212 | |
| § | | |
| RAJITHA K. NAIR and DANIEL E. § | | |
| O'CONNELL, TRUSTEE, § | | |
| § | | |
|     Appellees. § | | |

**FINAL JUDGMENT**

For the reasons stated in the separate Memorandum and Order signed this day, it is

ORDERED and ADJUDGED that the Bankruptcy Court's December 16, 2004, Memorandum Opinion and Order Barring Future Violations of Bankruptcy Rule 9011 is AFFIRMED in part and REVERSED in part. Paragraph 4 of the sanctions order is REVERSED and VACATED, and the remainder of the sanctions order is AFFIRMED.

This is a **FINAL JUDGMENT.**

The Clerk shall notify all parties and provide them with a true copy of this Order.

SIGNED at Houston, Texas, on this 30th day of August, 2005.

*[signature]*
EWING WERLEIN, JR.
UNITED STATES DISTRICT JUDGE